Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RAUL TITO PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAUL TITO PEREZ,<br><br>  Defendant. | Case No.: 1:22-CR-330 JLT/SKO<br><br>WAIVER OF PERSONAL PRESENCE FOR ARRAIGNMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 10(b); STIPULATION AND ORDER<br><br>Date: April 12, 2023<br>Time:  2:00 p.m.<br>Hon. Stanley A. Boone |

Pursuant to Federal Rule of Procedure 10(b), defendant Raul Tito Perez, hereby waives his right to be personally present for his arraignment scheduled in this Court on April 12, 2023 at 2:00 p.m. before the Hon. Stanley A. Boone.

Mr. Perez lives in Central Point, Oregon (near Medford). On March 22, 2023, he made his initial appearance on this case in the District of Oregon. Mr. Perez was released from custody pursuant to conditions set by the Court. Mr. Perez was also ordered to appear before this court on April 12, 2023 for arraignment. He has limited financial means and a personal appearance would necessarily involve considerable expense and the loss of several days' employment.

1

Mr. Perez affirms he has received a copy of the Indictment in this case and that his plea is not guilty. Undersigned counsel affirms that Mr. Perez has received a copy of the Indictment in this case and that a plea of not guilty will be entered on his behalf.

The above statements regarding Mr. Perez's receipt of the indictment in this case and his not guilty plea are hereby affirmed.

Dated: April 5, 2023           /s Kevin Rooney for Raul Tito Perez
                               Defendant RAUL TITO PEREZ

Dated: April 5, 2023           /s Justin Gilio
                               JUSTIN GILIO
                               Assistant United States Attorney

Dated: April 5, 2023           /s Kevin Rooney
                               KEVIN P. ROONEY
                               Attorney for defendant
                               RAUL TITO PEREZ

## ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Raul Tito Perez' personal appearance for arraignment in this case is waived and counsel shall appear on Mr. Perez' behalf for the arraignment. The defendant is ordered to keep in close contact with his attorney after the arraignment for if the Court orders him to appear at any subsequent hearing and he fails to appear, it is no excuse that he was not present to hear the date he was ordered to appear.

IT IS SO ORDERED.

Dated:   **April 5, 2023**

                               UNITED STATES MAGISTRATE JUDGE