HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00330-JLT-SKO |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| RAUL TITO PEREZ, | |
| Defendant, | |

Defendant, Raul Tito Perez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On December 15, 2022, an Indictment was issued in the above captioned case. Mr. Perez had an initial appearance on the allegations in the District of Oregon on March 22, 2023, at which time the Court appointed counsel and ordered he be released. Counsel in the Eastern District of California is needed in advance of arraignment in order to facilitate his appearance on April 12, 2023, in this district on the pending charges.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel be promptly appointed to facilitate his appearance.

DATED: March 27, 2023         /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

DATED: 3/28/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE