PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22:CR-00330 JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND PROTECTIVE ORDER |
| RAUL TITO PEREZ, | |
| Defendant. | |

   WHEREAS, the discovery in this case contains personal identifying information regarding confidential victims and witnesses, including, but not limited to dates of birth, driver's license numbers, residential addresses, phone numbers, photographs, audio recordings, and video recording ("Protected Information"); and

   WHEREAS, the parties desire to avoid the disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulated protective order is appropriate.

   THEREFORE, Defendant, by and through his counsel of record, ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Justin J. Gilio, hereby agree and stipulate as follows:

   1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to the Protected Information, the Bates numbers pertaining to which will be specific when produced or made available to Defense Counsel ("the discovery"). This Order also relates to any verbal communications between the government and Defense Counsel about the confidential information.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents, recordings, or other information, verbal or written, that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

IT IS SO STIPULATED.

Dated: April 17, 2023                              PHILLIP A. TALBERT
                                                   United States Attorney


                                              By:  /s/Justin J. Gilio
                                                   JUSTIN J. GILIO
                                                   Assistant United States Attorney


Dated: April 17, 2023                         By:  /s/Kevin Rooney
                                                   KEVIN ROONEY
                                                   Attorney for Defendant
                                                   RAUL TITO PEREZ


IT IS SO ORDERED.

   Dated:  **April 17, 2023**                      /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE