PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL TITO PEREZ,<br><br>Defendant. | CASE NO. 1:22-CR-00330-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: September 16, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. JENNIFER L. THURSTON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on September 16, 2024. Since that time, defense counsel has continued to review the extensive discovery and conduct independent investigation. Defense counsel requests additional time to meet with his client, discuss the government's offer, and prepare for the change of plea hearing.

2. By this stipulation, defendant now moves to continue the change of plea hearing to September 16, 2024 at 9:00 a.m., and to exclude time between September 16, 2024, and November 18, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes cell phone extractions, investigative reports, photographs and other media evidence. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time consult with his client, review the voluminous discovery, conduct independent investigation, and pursue settlement negotiations with the government, as well as to meet with his client to discuss the change of plea hearing.

  c) In addition, the parties entered into a stipulation and protective order regarding a subset of the discovery that has been produced. Defense counsel needs additional time to review that discovery and needs time to further discuss that discovery with the government.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The change of plea hearing is the first available date that defense believes he can be ready to proceed with the change of plea hearing.

  f) The government does not object to the continuance.

  g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2024 to November 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 12, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  September 12, 2024 | /s/ Kevin Rooney<br>Kevin Rooney<br>Counsel for Defendant<br>Raul Tito Perez |

**ORDER**

IT IS SO ORDERED.

Dated:  **September 12, 2024**

UNITED STATES DISTRICT JUDGE