Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, RAUL TITO PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL TITO PEREZ,<br><br>　　　　Defendant. | Case No.: 1:22-CR-330 JLT/SKO<br><br>Defendant Raul Tito Perez' Request To Amend The December 12, 2024 Order For Funds For Travel, Lodging, And Subsistence Pursuant To The Criminal Justice Act 18 U.S.C. §3006A and [Proposed] Order |

1. Introduction and Relevant Facts

This is a request to amend the wording of the Court's order directing the disbursement of CJA funds in connection with Mr. Perez' travel from Oregon to attend a hearing in this case.

On November 15, 2024, Mr. Perez moved for funding to allow him to travel to a Court appearance and return home. Consistent with due process, on December 12, 2024, the Court issued an order directing the Federal Defender's Office to disburse CJA funds to reimburse Raul Tito Perez in the amount of $209.52 for return airfare, $103.98 for subsistence, $165.84 for lodging, and $55.30 for ground transportation. Exh. 1, Docket 50.

The EDCA administrators of CJA funds are informed by the national CJA administrators that they believe the Court's order conflicts with applicable regulations, specifically the Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel; § 230.66.20. That regulation is attached as Exh. 2.

Mr. Perez requests that the Court issue an order directing appointed counsel to fund Mr. Perez' travel expenses, specifically $209.52 for return airfare, $103.98 for subsistence, $165.84 for lodging, and $55.30 for ground transportation; and further order that CJA funds be used to reimburse counsel for that expense. Counsel is aware that this arrangement has been successfully utilized by the EDCA Court and CJA administrators.

2.  <u>Due Process Requires The Provision Of The Requested Funds</u>

Mr. Perez' indigency is clear. Mr. Perez has a filed declaration (under seal) which details his financial situation. Due process requires the requested funding.

Undersigned counsel represents to the Court that he has provided the Court's December 12, 2024 Order to EDCA administrators of CJA funds. The local administrators informed counsel that the national CJA administrators believe the Court's order conflicts with applicable regulations, specifically the Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 2: Appointment and Payment of Counsel; § 230.66.20. Counsel was asked to move for an amended order whereby counsel would pay Mr. Perez' expenses and CJA funds would reimburse counsel.

Dated:  January 8, 2025                                     Respectfully submitted,

                                                                               /s Kevin Rooney
                                                                               KEVIN P. ROONEY
                                                                               Attorney for Defendant
                                                                               RAUL TITO PEREZ

# O R D E R

Pursuant to 18 U.S.C. § 3006A, the Court orders the disbursement of Criminal Justice Act (CJA) funds in connection with indigent defendant Raul Tito Perez' expenses for travel, lodging, food, and incidentals on November 17-19, 2024 expended to enable his November 18 Court appearance in this case and his November 19 return to his home in Oregon. Said expenses are specified as $209.52 for return airfare, $103.98 for subsistence, $165.84 for lodging, and $55.30 for ground transportation.

It is further ordered that appointed counsel may pay Mr. Raul Tito Perez the amounts specified above and funds shall be disbursed from CJA funds to reimburse counsel for that payment.

IT IS SO ORDERED.

Dated:   **January 8, 2025**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE