Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RAUL TITO PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL TITO PEREZ<br><br>Defendant. | Case No.: 1:22 CR 330 JLT/SKO<br><br>STIPULATION REGARDING MOTION DATE AND EXCLUDABLE TIME SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Defendant, Raul Tito Perez , by and through his Counsel of record, Kevin Rooney, and Plaintiff United States of America, by and though its Counsel of record, hereby stipulate as follows:

1. The defendant's motion for a change of intradistrict venue is calendared for a hearing on February 18, 2025.

2. By this stipulation, the defendant and government request to continue the hearing date until February 24, 2025.

3. The continuance is sought because Mr. Perez needs to make travel arrangements from his home and responsibilities in Oregon.

1

4. The parties agree that time should be excluded from the Speedy Trial Act calculations through the resolution of the motion and pursuant to all other applicable Speedy Trial Act provisions.

IT IS SO STIPULATED.

Dated: January 31, 2025                    Respectfully submitted,

                                                       /s Kevin Rooney
                                                       KEVIN P. ROONEY
                                                       Attorney for defendant
                                                       RAUL TITO PEREZ

Dated: January 31, 2025                    MICHELE BECKWITH,
                                                       ACTING UNITED STATES ATTORNEY

                                                       /s/ Justin Gilio
                                                     JUSTIN GILIO
                                                     Assistant United States Attorney

### ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that hearing on defendant's motion for a change in intradistrict venue is continued to February 24, 2025 and that time is from the Speedy Trial Act calculations through the resolution of the motion and pursuant to all other applicable Speedy Trial Act provisions.

IT IS SO ORDERED.

Dated:   **January 31, 2025**                    _____
                                                                               UNITED STATES DISTRICT JUDGE