MICHELE BECKWITH  
Acting United States Attorney  
JUSTIN J. GILIO  
Assistant United States Attorney  
2500 Tulare Street, Suite 4401  
Fresno, CA 93721  
Telephone: (559) 497-4000  
Facsimile: (559) 497-4099  

Attorneys for Plaintiff  
United States of America  

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL TITO PEREZ,<br><br>Defendant. | CASE NO. 1:22-CR-00330-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: May 7, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a STATUS CONFERENCE on May 7, 2025. Since that time, defense counsel has continued to review the extensive discovery and conduct independent investigation. The parties would like to vacate the status conference and set the case for trial on January 13, 2026, and to exclude time between May 7, 2025, and January 13, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

2. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes cell phone extractions, investigative reports, photographs and other media evidence. This discovery has been either produced directly to counsel and/or made available for inspection

and copying.

   b)   In addition, the government is reviewing additional discovery that will need to be disclosed in advance of trial and will produce that discovery on a rolling basis as trial approaches.

   c)   Counsel for defendant desires additional time consult with his client, review the voluminous discovery, conduct independent investigation, and prepare for trial.

   d)   In addition, the parties entered into a stipulation and protective order regarding a subset of the discovery that has been produced.  Defense counsel needs additional time to review that discovery and needs time to further discuss that discovery with the government.

   e)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f)   The defendant is out of custody.

   g)   The government does not object to the continuance.

   h)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   i)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 7, 2025 to January 13, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

Dated: April 30, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: April 30, 2025

/s/ Kevin Rooney
Kevin Rooney
Counsel for Defendant
Raul Tito Perez

## ORDER

IT IS SO ORDERED.

DATED: 5/2/2025

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge