KIMBERLY A. SANCHEZ
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00330-JLT-SKO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RAUL TITO PEREZ, | DATE: January 13, 2026 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a trial on January 13, 2026.  The parties would like to continue the trial to May 5, 2026, and to exclude time between January 13, 2026, and May 5, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv).  The request is made by the defense for the following reasons:  The defense needs additional time to review and analyze the voluminous discovery including a significant amount of newly provided material. Investigation may be needed when that review/analysis is completed. The defense is also consulting with an expert whose work is not expected to be completed for several months.  The defense may require an additional round(s) of expert referrals and work depending on the expert analysis expected to be provided several months from the current date.

2.      The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes cell phone extractions, investigative reports, photographs and other media evidence. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)    The government recently produced reports related to the defendant's cell phone extraction.

c)    Counsel for defendant desires additional time consult with his client, review the voluminous discovery, conduct independent investigation, and prepare for trial.

d)    In addition, the parties entered into a stipulation and protective order regarding a subset of the discovery that has been produced.  Defense counsel needs additional time to review that discovery and needs time to further discuss that discovery with the government.

e)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)    The defendant is out of custody.

g)    The government does not object to the continuance.

h)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2026 to May 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 1, 2025                              KIMBERLY A. SANCHEZ
                                                   Acting United States Attorney


                                                   /s/ JUSTIN J. GILIO
                                                   JUSTIN J. GILIO
                                                   Assistant United States Attorney


Dated:  August 1, 2025                              /s/ Kevin Rooney
                                                   Kevin Rooney
                                                   Counsel for Defendant
                                                   Raul Tito Perez


## ORDER

IT IS SO ORDERED.

   Dated:   **August 1, 2025**

                                                   UNITED STATES DISTRICT JUDGE