Kevin P. Rooney # 107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RAUL TITO PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:22 CR 330 JLT/SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND ORDER |
| v. | |
| RAUL TITO PEREZ, | |
| Defendants. | |

**STIPULATION**

The parties to this case, by and through their respective counsel, hereby stipulate as follows:

1. A written plea agreement has been filed in this case and the parties agree that April 27, 2026 is an appropriate date for entry of a guilty plea.

2. Trial is currently scheduled for May 5, 2026 with time excluded through that date.

///

///

1

3.      Counsel agree that the trial date in this matter should be vacated due to the pending plea. Vacating the trial date will serve the interests of justice and judicial economy.


Dated:  March 4, 2026                                    ERIC GRANT
                                                         United States Attorney


                                                         /s/ JUSTIN J. GILIO
                                                         JUSTIN J. GILIO
                                                         Assistant United States Attorney



Dated:  March 4, 2026                                    /s/ KEVIN P. ROONEY
                                                         Kevin P. Rooney
                                                         Counsel for Defendant
                                                         Raul Tito Perez


                                      ORDER


        Pursuant to the stipulation of the parties, it is hereby ORDERED that the trial date in this matter is vacated, effective as of the date of this Order.


IT IS SO ORDERED.

    Dated:   **March 6, 2026**                           _____
                                                         UNITED STATES DISTRICT JUDGE

2