Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RAUL TITO  PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    vs.

RAUL TITO  PEREZ, et al

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1: 22 CR 330 JLT/SAB

Stipulation and [~~Proposed~~] Order To Continue Sentencing date and Modify PreSentence Investigation Referral Schedule

NO FURTHER EXTENSIONS WILL BE GRANTING ABSENT A SHOWING OF GOOD CAUSE

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That additional time is needed to address issue in this sentencing currently scheduled for August 3, 2026 with Informal Objections to the PreSentence Report due on July 6. The parties request a sentencing date of October 5, 2026 or a later date convenient for the Court.  The bases for this request are specified in the attached declaration by defense counsel.

///

///

1

2.  The parties agree that the following schedule is appropriate:

Sentencing: October 5, 2026

Reply/Statement Of NonOpposition To Formal Objections:  September 21, 2026

Formal Objections: September 8, 2026

Final PreSentence Report: August 25, 2026

Informal Objections: August 11, 2026

It is so stipulated and agreed.

Dated: July 5, 2026                    ERIC GRANT, UNITED STATES ATTORNEY

                                        s/ Justin Gilio
                                       JUSTIN GILIO
                                       Assistant United States Attorney


Dated:  July 5, 2026                    Respectfully submitted,

                                        /s Kevin Rooney
                                       KEVIN P. ROONEY
                                       Attorney for defendant
                                       RAUL TITO  PEREZ

ORDER

Though the stipulation fails to explain why additional time is needed and, therefore, lacks good cause, the defendant entered his plea little more than two months ago, making it plausible that the defense has not had enough time to gather mitigating evidence.  Thus, the Court will **GRANT** the requested stipulation, but **<u>it will not again grant</u>** such a stipulation which fails to set forth adequate information as to why the continuance is needed, and unless the proponent establishes good cause.

Consequently, the sentencing hearing in this matter shall be **CONTINUED** to **<u>October 5, 2026 at 9:00 a.m.</u>** and that filings in connection with this sentencing shall comply with the schedule set forth in the stipulation between the parties.

IT IS SO ORDERED.

Dated:    July 6, 2026

_____
UNITED STATES DISTRICT JUDGE